No. 72–152. MING *v.* UNITED STATES, *ante,* p. 915;

No. 72–156. ZARATE *v.* UNITED STATES, *ante,* p. 915;

No. 72–5011. HOHENSEE *v.* SCIENTIFIC LIVING, INC., ET AL., *ante,* p. 880;

No. 72–5065. CRAWFORD *v.* MISSOURI, *ante,* p. 811; and

No. 72–5158. SIKES ET AL. *v.* UNITED STATES, *ante,* p. 951. Petitions for rehearing denied.

No. 71–1555. JOHNSTON ET UX. *v.* BYRD, *ante,* p. 847;

No. 71–1633. LARSEN *v.* AIR CALIFORNIA, *ante,* p. 895; and

No. 71–1655. FALKNER *v.* SUPREME COURT OF FLORIDA ET AL., *ante,* p. 823. Motions to dispense with printing petitions for rehearing granted. Petitions for rehearing denied.

No. 71–6754. VAN PELT *v.* DICOSIMO, *ante,* p. 865;

No. 72–2. PALMER ET AL. *v.* UNITED STATES, *ante,* p. 874; and

No. 72–5109. HILL *v.* GAUVIN ET AL., *ante,* p. 918. Motions for leave to file petitions for rehearing denied.

No. 71–6883. FAIR *v.* HODGES ET AL., *ante,* p. 872. Application to enjoin respondents from hearing petitioner's future cases, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application. Petition for rehearing denied.

DECEMBER 11, 1972

No. 72–506. ROBINSON *v.* McCORKLE, COMMISSIONER, DEPARTMENT OF INSTITUTIONS AND AGENCIES, ET AL. Affirmed on appeal from D. C. N. J.